## IN THE SUPREME COURT OF THE STATE OF NEVADA

MAURICE DANIEL TALLEY,
Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent.

No. 71152

**FILED**

OCT 13 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### *ORDER DENYING PETITION*

This is a pro se petition for a writ of mandamus. Petitioner seeks an order directing the district court to grant his motion to compel counsel to surrender his case file and turn over a certain police report. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See* NRS 34.160; NRS 34.170. Accordingly, we

ORDER the petition DENIED.

_____ Cherry , J.
Cherry

_____ , J.
Douglas

_____ , J.
Gibbons

cc: Maurice Daniel Talley
Attorney General/Carson City
Eighth District Court Clerk

16-31990